IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNIE WAYNE REEVES, | ) |
| | ) |
| Petitioner, | ) NO. 3:07-0177 |
| | ) JUDGE HAYNES |
| v. | ) |
| WAYNE BRANDON, Warden, | ) |
| | ) |
| Respondent | ) |

## ORDER

In accordance with the Memorandum filed herewith, Respondent's motion to dismiss and for judgment as a matter of law (Docket Entry No. 54) is **GRANTED**. This action is **DISMISSED with prejudice**. The Court **GRANTS** a Certificate of Appealability under 28 U.S.C. § 2253(c) on Petitioner's claims of ineffective assistance of counsel.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 18th day of February, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge